**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MELVIN SMITH, JR.                                                                                          PLAINTIFF
ADC #82282

V.                                            NO: 5:10CV00062 SWW/HDY

MINNIE DRAYER *et al.*                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of April, 2010.

                                                                /s/Susan Webber Wright
                                                                UNITED STATES DISTRICT JUDGE