### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MELVIN SMITH, JR.                                                                                                PLAINTIFF
ADC #82282

V.                                        NO: 5:10CV00062 SWW/HDY

MINNIE DRAYER *et al.*                                                                                     DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Susan W. Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

    1.      Why the record made before the Magistrate Judge is inadequate.
    2.      Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

    3.      The detail of any testimony desired to be introduced at the

>hearing before the District Judge in the form of an offer of
>proof, and a copy, or the original, of any documentary or
>other non-testimonial evidence desired to be introduced at
>the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff, an inmate at the Cummins Unit of the Arkansas Department of Correction, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, March 4, 2010. On April 13, 2010, United States District Judge Susan W. Wright entered an order and judgment dismissing Plaintiff's complaint pursuant to the three-strikes provision of the Prison Litigation Reform Act ("PLRA") (docket entries #5 & #6). Judge Wright noted at that time that if Plaintiff wished to continue with the case, he could pay the $350.00 filing fee, along with a motion to reopen the case, within 30 days.

On May 4, 2010, Plaintiff filed a motion to reopen the case (docket entry #8), but failed to submit the $350.00 fling fee. Language Plaintiff used in his motion suggests that Plaintiff is contesting the determination that he has accumulated three strikes. For instance, Plaintiff argues that one of the cases deemed a strike, *Smith v. Fitzpatrick et al.*, ED/AR No. 5:02CV330, was dismissed after a hearing was held and testimony taken. However, that case was actually dismissed for failure to state an actionable claim prior to even being served on the Defendants. Plaintiff also asserts that the fee was paid in *Smith v. Taylor et al.*, ED/AR No. 5:04CV408. There is no indication in the

record that the filing fee was paid in that case. However, whether the fee was paid or not is irrelevant, because the complaint was dismissed for failure to state a claim, and is therefore a strike. Plaintiff has not challenged the other case cited as a strike, *Smith v. Norris et al.*, ED/AR No. 5:02CV2, but it is clear that it was dismissed for failure to state a claim upon which relief may be granted, and is therefore also a strike.

Accordingly, because Plaintiff has had at least three complaints dismissed for failure to state a claim upon which relief may be granted, and because Plaintiff has failed to pay the $350.00 as required, Plaintiff's motion to reopen should be denied.

IT IS THEREFORE RECOMMENDED THAT Plaintiff's motion to reopen (docket entry #8) be DENIED.

DATED this   13   day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE