# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MELVIN SMITH, JR.                                                        PLAINTIFF
ADC #82282

V.                            NO: 5:10CV00062 SWW

MINNIE DRAYER *et al.*                                         DEFENDANTS

### **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to reopen (docket entry #8) is DENIED.

DATED this 2nd day of June, 2010.

                                                                   /s/Susan Webber Wright

                                                           UNITED STATES DISTRICT JUDGE